Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ◯ YES  ● NO    **DOCKET NUMBER:** 3:23 cr 173 -RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** | :US vs ANTONY L. STEWART |
| **COUNTY OF OFFENSE** | : MECKLENBURG |
| **RELATED CASE INFORMATION** | : 3:19-cr-00380-RJC |
| *Magistrate Judge Case Number* | : |
| *Search Warrant Case Number* | : |
| *Miscellaneous Case Number* | : |
| *Rule 20b* | : |
| **SERVICE OF PROCESS** | : ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ◯ Petty   ◯ Misdemeanor   ● Felony

18 U.S.C. § 1349

**JUVENILE:**   ◯ Yes   ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | : RAQUEL TOLEDO; RYAN E. NORMAN |
| **VICTIM/WITNESS COORDINATORS:** | ULRICIA KENNEDY |
| | |
| **INTERPRETER NEEDED** | : N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |